## UNITED STATES DISTRICT COURT

### DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA | *WARRANT FOR ARREST* |
| v. | |
| RODERICK RAINGER MANGUM | 1:21-CR-268-BLW |

To: The United States Marshal
and any Authorized United States Officer

**RECEIVED**
By United States Marshals Service at 8:31 pm, Oct 14, 2021

    YOU ARE HEREBY COMMANDED to arrest **RODERICK RAINGER MANGUM** and bring forthwith to the nearest magistrate judge to answer a **INDICTMENT** charging with the below listed violations.

21 U.S.C. §841(a)(1),(b)(1)(B) – DISTRIBUTING METHAMPHETAMINE



United States Courts
District of Idaho
**ISSUED**
Annie Williams
on Oct 14, 2021 11:39 am

| | |
|---|---|
| <u>Annie Williams, Deputy Clerk</u> | <u>October 14, 2021</u> |
| Name and Title of Issuing Officer | Date |

### RETURN

This warrant was received_____ and executed with the arrest of the above-name individual at _____.

_____

| | |
|---|---|
| *Mark Scates* | 05/25/2022 |
| Signature of Arresting Officer | Date of Arrest |

Mark Scates / DUSM
Name & Title of Arresting Officer

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
CHRISTIAN S. NAFZGER, IDAHO STATE BAR NO. 6286
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, IDAHO 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

U.S. COURTS

OCT 13 2021

Rcvd_____Filed_____Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODERICK RAINGER MANGUM,<br><br>Defendant. | Case No. CR 21-268-S BLW<br><br>**INDICTMENT**<br><br>21 U.S.C §§ 841(a)(1), (b)(1)(B) and 853 |

The Grand Jury charges:

### COUNT ONE

**Distributing Methamphetamine**
**21 U.S.C. § 841(a)(1), (b)(1)(B)**

On or about January 26, 2021, in the District of Idaho, the defendant, RODERICK RAINGER MANGUM, did knowingly and intentionally distribute fifty grams or more of a mixture and substance containing a detectible amount of methamphetamine, a Schedule II

**INDICTMENT - 1**

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C. § 853

Upon conviction of the offense alleged in this Indictment, the defendant, RODERICK RAINGER MANGUM, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendant obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses. The property to be forfeited includes, but is not limited to, the following:

1. <u>Unrecovered Cash Proceeds and/or Facilitating Property</u>. The defendant obtained and controlled unrecovered proceeds of the offense of conviction, or property derived from or traceable to such proceeds, and property the defendant used to facilitate the offense, but based upon actions of the defendant, the property was transferred, diminished, comingled, or is otherwise unavailable.

2. <u>Substitute Assets</u>. Pursuant to 21 U.S.C. § 853(p) and other applicable statutes, the government will seek forfeiture of substitute assets, "or any other property of the defendant" up to the value of the defendant's assets subject to forfeiture. The government will do so when the property subject to forfeiture cannot be forfeited for one or more of the following reasons:

   a. Cannot be located upon the exercise of due diligence;
   b. Has been transferred or sold to, or deposited with, a third person;
   c. Has been placed beyond the jurisdiction of the court;

**INDICTMENT - 2**

      d.      Has been substantially diminished in value; or

      e.      Has been commingled with other property which cannot be subdivided without difficulty.

All pursuant to Title 21, United States Code, Section 853.

Dated this 13th day of October, 2021.

                A TRUE BILL

                */s/ [signature on reverse]*

                _____

                FOREPERSON

RAFAEL M. GONZALEZ, JR.
ACTING UNITED STATES ATTORNEY
By:

*[signature]*

CHRISTIAN S. NAFZGER
ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 3**

# CRIMINAL COVERSHEET

| | |
|---|---|
| **DEFENDANT'S NAME:** Roderick Rainger Mangum | **JUVENILE:** No |
| **DEFENSE ATTORNEY:** | |
| Address: | **PUBLIC or SEALED:** Public |
| | **SERVICE TYPE:** Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | **ISSUE:** Yes |
| **INVESTIGATIVE AGENT:** Christopher Sheehan | **INTERPRETER:** No |
| Telephone No.: (208) 914-3827 | If YES, language: |
| **AGENCY:** Federal Bureau of Investigation | |
| **CASE INFORMATION:** Distributing Methamphetamine  CR 21-268-S BLW | **RELATED COMPLAINT:** No  **CASE NUMBER:** |

*U.S. COURTS OCT 13 2021 Revd___Filed___Time___ STEPHEN W. KENYON CLERK, DISTRICT OF IDAHO*

## CRIMINAL CHARGING INFORMATION

**CHARGING DOCUMENT:** Indictment

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Ada |
| Class A Misdemeanor: | No | Estimated Trial Time: | 3 days |
| Class B or C Misdemeanor: (Petty Offense) | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(B) | ONE | Distributing Methamphetamine | Mandatory Minimum 5 years and up to 40 years, at least four years supervised release, $5,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 853 | FORFEITURE | Drug Forfeiture | Forfeiture of listed property |

Date: 13 October 2021    Assistant U.S. Attorney: CHRISTIAN S. NAFZGER *CSN*
    Telephone No.: (208) 334-1211

# SERVICE INFORMATION
*(COMPLETE APPLICABLE INFORMATION)*

**U.S. COURTS**

| | |
|---|---|
| DEFENDANT'S NAME: | **Roderick Rainger Mangum** |
| Alias(es): | |
| DEFENDANT'S STREET ADDRESS: (*or last known address if detained) | 613 Purple Sage Dr., Nampa, ID 83651 |
| DEFENSE ATTORNEY: | |
| Address: | |
| Telephone No.: | |

OCT 13 2021
Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

CR 21-268 · S BLW

## AGENCY and ASSISTANT U.S. ATTORNEY INFORMATION

| | | | |
|---|---|---|---|
| INVESTIGATING AGENT: | Christopher Sheehan | AUSA: | CHRISTIAN S. NAFZGER |
| AGENCY: | Federal Bureau of Investigation | | |
| Telephone No.(s).: | (208) 914-3827 | Telephone No.: | (208) 334-1211 |

## DEFENDANT'S PERSONAL IDENTIFICATION INFORMATION

| | | | |
|---|---|---|---|
| PLACE OF BIRTH: | California | BIRTH DATE: | May 19, 1970 |
| RACE: | White | GENDER: | Male |
| HEIGHT: | 71 inches | WEIGHT: | 215 lbs |
| HAIR: | Gray | EYES: | Green |
| SSN (if applicable): | 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 | | |
| SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: | SC ABDOM, SC LF ARM, TAT L ARM, TAT R ARM, TAT R SHLD | | |

## OTHER INFORMATION

| | |
|---|---|
| FBI NUMBER:   or | 279277PA7 |
| STATE ID NUMBER: | |
| INS ALIEN NUMBER: | |
| LOCATION WHERE DETAINED: | Not in custody. |
| COMPLETE DESCRIPTION OF AUTO: | |
| PLACE OF EMPLOYMENT: | |
| OTHER RELATED CASES: | |
| SPECIAL INSTRUCTIONS FOR MARSHALS: | |