# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO
# U.S. MAGISTRATE JUDGE MINUTE ENTRY

☒Arraignment and Initial Appearance
☒Government's Motion for Detention CONTINUED
☒Detention Hearing

MAGISTRATE JUDGE: Raymond E. Patricco, Jr.   DATE: May 31, 2022
DEPUTY CLERK/ESR: Jackie Hildebrand          TIME: 10:00 -10:10 a.m. – Courtroom 7
                                                   Boise, ID

## UNITED STATES OF AMERICA vs. RODERICK RAINGER MANGUM
1:21-cr-00268-BLW-1

Counsel for:   United States (AUSA): Christian Nafzger
               Defendant: Mark Ackley, Federal Defender
               USPO: Emma Wilkins

☒Defendant waives personal appearance.
☒Defendant appears on a warrant/indictment. Defendant has read the indictment
☒Court reviewed the record.
☒The maximum penalties that could be imposed on this offense should you be convicted are:
  Mandatory minimum of 5 years and up to 40 years of imprisonment;
  to be followed by at least 4 years of supervised release;
  a $ 5,000,000 fine; and
  a special assessment of $ 100
☒Constitutional Rights to Jury Trial and Counsel advised.
☒Notice given re *Brady v Maryland* to defendant and counsel.
☒Financial Affidavit reviewed/qualified and Court appointed the Federal Defender to represent the defendant.

☒Indictment    ☐Information    ☐Complaint
               ☐Copy furnished to defendant/understand the charges and maximum penalties
               ☐Read by Clerk    ☒Waived reading    ☐Read by Interpreter

PLEA: **NOT GUILTY** entered by the defendant and denial of the forfeiture allegation.

☒Counsel made elections to the Procedural Order. No search warrants were issued.

The Jury Trial is set for Monday, July 25, 2022 at 1:30 p.m. in Boise, Idaho before District Judge B. Lynn Winmill. A telephonic pre-trial readiness conference is set for Thursday, July 14, 2022 at 4:00 p.m. before Judge Winmill. Counsel for the Government is directed to initiate the call.

☒Defendant requested a continuance on the Detention Hearing. The Court entered a Temporary Order of Detention. The Detention Hearing set for Friday, June 3, 2022 at 10 a.m. (Mountain Time) before Chief U.S. Magistrate Judge Raymond E. Patricco via Zoom.
☒Defendant remanded to the custody of the U.S. Marshal. IAD Waiver entered.